# JANUARY TERM, 1862, AT LANSING.

## The People v. John McKinney.

Where exceptions in a criminal case are transmitted to the Supreme Court for review before sentence, the Supreme Court has no power to admit the defendant to bail.

*Heard and decided January 7th.*

Error to Ingham Circuit. Defendant having been convicted on a criminal charge, and exceptions having been duly taken and settled, the same were transmitted to this Court for review before sentence, in pursuance of chapter 197 of the Compiled Laws. The Circuit Court at the same time made an order that defendant give bail in the sum of $14,000 in pursuance of the fifth section of said chapter, and he having failed to give the bail, was committed.

*O. M. Barnes,* now moved that this court admit defendant to bail. He cited 1 *Met.* 428.

*C. Upson, Attorney General,* contra.

THE COURT held that it had no power to grant the motion. Notwithstanding the exceptions, the cause still remains in the Court below; and as the statute does not confer upon this Court the power to take bail, it does not possess it. The authority over that subject remains in the Circuit Court.